Adam R. Alper (S.B.N. 196834)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
aalper@kirkland.com

Timothy G. Majors (S.B.N. 228275)
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
tim.majors@kirkland.com

Daniel W. McDonald (*Admitted Pro Hac Vice*)
dmcdonald@merchantgould.com
William D. Schultz (*Admitted Pro Hac Vice*)
wschultz@merchantgould.com
MERCHANT & GOULD P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota  55402-2215
Telephone:  (612) 332-5300
Facsimile:  (612) 332-9081

Attorneys for Defendant and Counterclaimant
CARDIOCOM, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ROBERT BOSCH HEALTHCARE SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CARDIOCOM, LLC, <br><br> Defendant-Counterclaimant. | CASE NO. 3:14-CV-01575-EMC <br><br> **JOINT STIPULATION TO CONTINUE HEARING DATE ON PLAINTIFF'S MOTION TO DISQUALIFY MERCHANT & GOULD** |

Pursuant to Civil Local Rules 7-12, Plaintiff Robert Bosch Healthcare Systems, Inc. and Defendant Cardiocom, LLC ("Cardiocom") hereby submit this Joint Stipulation Requesting Continuance of Hearing on Plaintiff's Motion to Disqualify Merchant & Gould.  *See* Dkt. No. 59.  The hearing on that motion is presently scheduled for May 22, 2014.  *See* Dkt. No. 89.  The parties request that the hearing be continued to May 29, 2014.

This stipulation to continue the hearing date is requested to accommodate a scheduling conflict that Cardiocom's lead counsel has on May 22.  Cardiocom's lead counsel, Daniel McDonald of the Merchant & Gould firm, has indicated that he will be in Minnesota on that date to take the deposition of Plaintiff's technical expert relating to his testimony submitted by Plaintiff to the U.S. Patent Office Patent Trial and Appeal Board in ongoing *inter partes* review ("IPR") proceedings concerning patents asserted in this litigation.  The parties agreed to the date and location of this deposition prior to the Court's setting of the hearing date to May 22, and Plaintiff's counsel has indicated that the witness is unable to reschedule.

The requested continuance shall not otherwise affect scheduling issues for the case.

**IT IS SO STIPULATED**, through counsel of record:


DATED:  May 9, 2014        */s/ Bas de Blank*
                           Counsel for Plaintiff Robert Bosch Healthcare Systems, Inc.

DATED:  May 9, 2014        */s/ Timothy G. Majors*
                           Counsel for Defendant Cardiocom, LLC


**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the hearing on Plaintiff's Motion to Disqualify Merchant & Gould is continued to May 29, 2014:


Dated:  May 12, 2014       _____
                           UNITED STATES DISTRICT JUDGE EDWARD M. CHEN



JOINT STIPULATION TO CONTINUE HEARING DATE ON            1            ...cv-01575-EMC
PLAINTIFF'S MOTION TO DISQUALIFY MERCHANT &
GOULD

## ATTESTATION OF CONCURRENCE IN FILING

I, Timothy G. Majors, am the ECF User whose identification and password are being used to file this Joint Stipulation. In compliance with Local Rule 5-1(i)(3), I hereby attest that Bas de Blank of Orrick, Herrington & Sutcliffe LLP has concurred in this filing.

DATED: May 9, 2014                     */s/ Timothy G. Majors*
                                       Timothy G. Majors

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2014, a true and correct copy of the foregoing document is being filed electronically with the Clerk of the United States District Court for the Northern District of California by using the CM/ECF system, which will send notice of such filing to all counsel of record.

Date: May 9, 2014                      */s/ Timothy G. Majors*
                                       Timothy G. Majors