UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BOSCH HEALTHCARE SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CARDIOCOM, LLC, <br><br> Defendant. _____/ | No. C-14-1575 EMC <br><br> **ORDER REMOVING DOCKET NO. 141 FROM ELECTRONIC FILING** |

This Court orders the removal of Docket No. 141. A Corrected Order shall be filed forthwith.

IT IS SO ORDERED.

Dated: July 3, 2014

_____
EDWARD M. CHEN
United States District Judge