BAS DE BLANK (State Bar No. 191487)
  basdeblank@orrick.com
SIDDHARTHA VENKATESAN (State Bar No. 245008)
  svenkatesan@orrick.com
LILLIAN MAO (State Bar No. 267410)
  lmao@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:    (650) 614-7400
Facsimile:    (650) 614-7401

Attorneys for Plaintiff
ROBERT BOSCH HEALTHCARE SYSTEMS, INC.

DANIEL W. MCDONALD (*Pro Hac Vice*)
  dmcdonald@merchantgould.com
WILLIAM D. SCHULTZ (*Pro Hac Vice*)
  wschultz@merchantgould.com
MERCHANT GOULD P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone:    (612) 332-5300
Facsimile:    (612) 332-9081

Attorneys for Defendant
CARDIOCOM, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT BOSCH HEALTHCARE SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CARDIOCOM, LLC and ABBOTT DIABETES CARE, INC., <br><br> Defendants. | Case No. 14-cv-01575 EMC <br><br> **JOINT SUPPLEMENTAL CASE MANGEMENT STATEMENT AND [PROPOSED] ORDER** <br><br> Date:     February 19, 2015 <br> Time:    9:30 A.M. <br> Dept:    5 <br> Judge:   Edward M. Chen |

Pursuant the Court's November 20, 2014 Minute Order (Dkt. No. 151), Plaintiff Robert Bosch Healthcare Systems, Inc. ("Bosch") and Defendant Cardiocom, LLC ("Cardiocom") hereby supplement their previous joint case management statements (Dkt. Nos. 140, 150) with the current status of the post-grant review proceedings relevant to the Patents-in-Suit:

| IPR / Reexam Case No. | Patent No. | Claims Challenged | Status |
|---|---|---|---|
| IPR2013-00468 & IPR2013-00469 (merged) | 7,516,192 | 1-37 (all claims) | Final decision issued Jan. 27, 2015. All challenged claims cancelled. Last day to file Notice of Appeal is Mar. 31, 2015. |
| 90/013,269 | 7,516,192 | 1-10, 13-19, 37 | Non-Final Office Action mailed Oct. 3, 2014. Response filed Dec. 3, 2014. Awaiting Office Action. |
| IPR2013-00449 | 7,840,420 | 1-5 (all claims) | Final decision issued Jan. 15, 2015. All challenged claims cancelled. Last day to file Notice of Appeal is Mar. 19, 2015. |
| 90/013,270 | 7,840,420 | 1-5 (all claims) | Non-Final Office Action mailed on Nov. 21, 2014. Response filed Jan. 21, 2015. Awaiting Office Action. |
| IPR2013-00431 | 7,921,186 | 1-16 (all claims) | Final decision issued Jan. 15, 2015. All challenged claims cancelled. Last day to file Notice of Appeal is Mar. 19, 2015. |
| 90/013,263 | 7,921,186 | 1-8 | Non-Final Office Action mailed Oct. 22, 2014. Response filed on Dec. 22, 2014. Awaiting Office Action. |
| IPR2013-00451 | 7,587,469 | 1, 2, 5-10 | Final decision issued Jan. 15, 2015. All challenged claims cancelled. Last day to file Notice of Appeal is Mar. 19, 2015. |
| 90/013,175 | 7,587,469 | 1-22 (all claims) | Non-Final Office Action mailed Nov. 21, 2014. Response filed Jan. 21, 2015. Awaiting Office Action. |
| IPR2014-00488 | 7,769,605 | 1-9 (all claims) | IPR Instituted on all claims Sept. 2014. Oral argument to be held on Apr. 23, 2015. Bosch's Motion to Terminate is pending. The Board to submit final decision by Sept. 11, 2015. |
| 90/013,167 | 7,769,605 | 1-9 (all claims) | Non-Final Office Action mailed Sept. 26, 2014. Response filed Nov. 26, 2015. Awaiting Office Action. |
| IPR2014-00607 | 7,870,249 | 1, 2, 6-8, 11-13 | IPR Instituted on all claims Sept. 2014 (merged with 2014-00691) Oral Argument to be held on April 23, 2015. Bosch's Motion to Terminate is |

| IPR / Reexam Case No. | Patent No. | Claims Challenged | Status |
|---|---|---|---|
| | | | pending. The Board to submit final decision by Sept. 11, 2015. |
| IPR2014-00691 | 7,870,249 | 3-5, 9, 10, 14-29 | IPR Instituted Sept. 2014 Oral Argument to be held on April 23, 2015. Bosch's Motion to Terminate is pending. The Board to submit final decision by Sept. 11. 2015. |
| 90/013,262 | 7,870,249 | 14-18, 20-21, 23-26 | Non-Final Office Action mailed Sep. 24, 2014. Response filed Nov. 24, 2014. Awaiting Office Action. |

In light of the Final Decisions issued by the Board, the potential for Bosch to appeal one or more of those Decisions, and Bosch's pending motions to terminate in the two IPRs currently before the Board (IPR2014-00488 and IPR2014-00607), the parties do not believe the Case Management Conference, scheduled for February 19, 2015, will be necessary at this time and Bosch will not seek to lift the stay in place in this litigation until the PTAB's conclusion of the two pending IPRs. Therefore, the parties respectfully request that the Court take the Case Management Conference off the calendar and allow the parties to file another supplemental status report with the Court within fourteen (14) days of the conclusion of the two IPRs currently pending before the Board and, in that report, the parties can set forth their position with respect to the stay.

Dated: February 12, 2015           Respectfully submitted,

By: */s/ Bas de Blank*
Bas de Blank, Bar No. 267410
basdeblank@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone: (650) 614-7400
Facsimile:(650) 614-7401

Attorneys for Plaintiff
ROBERT BOSCH HEALTHCARE SYSTEMS, INC.

Dated: February 12, 2015

By: */s/ William D. Schultz* w/ permission Bas de Blank
William D. Schultz
wschultz@merchantgould.com
MERCHANT & GOULD P.C.
3200 ids Center
80 S. Eighth Street
Minneapolis, MN 55402-2215
Telephone: (612) 336-4637
Facsimile:(612) 332-9081

Attorneys for Defendant
CARDIOCOM, LLC

**CASE MANAGEMENT ORDER**

The above JOINT CASE MANAGEMENT STATEMENT & PROPOSED ORDER is approved as the Case Management Order for this case and all parties shall comply with its provisions.  [In addition, the Court makes the further orders stated below:] The further CMC is rescheduled from 2/19/15 to 5/28/15 at 10:30 a.m.  An updated joint CMC statement shall be filed by 5/21/15.

IT IS SO ORDERED.  2/17/15

Dated:

_____
JUDGE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

3
JOINT SUPPLEMENTAL CASE MANAGEMENT
STATEMENT & [PROPOSED] ORDER
CASE No. 14-cv-01575 EMC

OHSUSA:759432550.4