1  BAS DE BLANK (S.B.N. 191487)
    basdeblank@orrick.com
2  Siddhartha Venkatesan (S.B.N. 245008)
    svenkatesan@orrick.com
3  Lillian Mao (S.B.M. 267410)
    lmao@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
5  100 Marsh Road
   Menlo Park, California 94025
6  Telephone: (650) 614-7400
   Facsimile: (650) 614-7401

Attorneys for Plaintiff
Robert Bosch Healthcare Systems, Inc.


Daniel W. McDonald (*Admitted Pro Hac Vice*)
dmcdonald@merchantgould.com
William D. Schultz (*Admitted Pro Hac Vice*)
wschultz@merchantgould.com
Eric Chad (*Admitted Pro Hac Vice*)
echad@merchantgould.com
MERCHANT & GOULD P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota  55402-2215
Telephone:  (612) 332-5300
Facsimile:  (612) 332-9081


Attorneys for Defendant CARDIOCOM LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ROBERT BOSCH HEALTHCARE SYSTEMS, INC., <br><br>   Plaintiff, <br><br>   v. <br><br> CARDIOCOM LLC, <br><br>   Defendant. | CASE NO. 3:14-cv-01575-EMC <br><br> JOINT STIPULATION TO CONTINUE HEARING DATE FOR CASE MANAGEMENT CONFERENCE |

1  Pursuant to Civil Local Rules 7-12, Plaintiff Robert Bosch Healthcare Systems, Inc. and
2  Defendant Cardiocom, LLC ("Cardiocom") hereby submit this Joint Stipulation Requesting
3  Continuance of the Case Management Conference on May 28, 2015.  *See* Docket No 153.  The
4  parties request that the Case Management Conference be continued to a date and time to be
5  determined by the Court.

6  This stipulation to continue the Case Management Conference date is requested to
7  accommodate a scheduling conflict that Cardiocom's lead counsel has on May 28, 2015.
8  Cardiocom's lead counsel, Daniel McDonald of the Merchant & Gould firm, has indicated that he
9  will be attending a funeral for John Gould, one of the founders of the Merchant & Gould law firm, in
10  Minnesota on that date.

11  The requested continuance shall not otherwise affect scheduling issues for the case.

12  IT IS SO STIPULATED, through counsel of record:

DATED: May 18, 2015          /s/ Bas De Blank
                             Counsel for Plaintiff Robert Bosch Healthcare
                             Systems, Inc.

DATED: May 18, 2015          /s/ Timothy G. Majors
                             Counsel for Defendant Cardiocom, LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the Case Management Conference is continued to ___6/4/15 at 9:30 a.m. A joint CMC statement shall be filed by 5/28/15.___

Dated: 5/19/15

_____
UNITED STATES DISTRICT JUDGE
EDWARD M. CHEN

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

**ATTESTATION OF CONCURRENCE IN FILING**

I Timothy G. Majors, am the ECF User whose identification and password are being used to file this Joint Stipulation.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Bas De Blank of Orrick, Herrington & Sutcliffe LLP has concurred in this filing.

DATED: May 18, 2015                              /s/ Timothy G. Majors

**CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2015, a copy of the foregoing document is being electronically filed with the Clerk of the United States District Court for the Northern District of California by using the CM/ECF system, which will send notice of such filing to all counsel of record.

                                                 */s/ Timothy G. Majors*