1  Adam R. Alper (S.B.N. 196834)
   KIRKLAND & ELLIS LLP
2  555 California Street
   San Francisco, California  94104
3  Telephone: (415) 439-1400
   Facsimile: (415) 439-1500
4  aalper@kirkland.com

5  Timothy G. Majors (S.B.N. 228275)
   KIRKLAND & ELLIS LLP
6  333 South Hope Street
   Los Angeles, California  90071
7  Telephone: (213) 680-8400
   Facsimile: (213) 680-8500
8  tim.majors@kirkland.com

9  Daniel W. McDonald (*Admitted Pro Hac Vice*)
   dmcdonald@merchantgould.com
10 William D. Schultz (*Admitted Pro Hac Vice*)
   wschultz@merchantgould.com
11 Eric Chad (*Admitted Pro Hac Vice*)
   echad@merchantgould.com
12 MERCHANT & GOULD P.C.
   3200 IDS Center
13 80 South Eighth Street
   Minneapolis, Minnesota  55402-2215
14 Telephone:  (612) 332-5300
   Facsimile:  (612) 332-9081

15

16 Attorneys for Defendant CARDIOCOM LLC

BAS DE BLANK (S.B.N. 191487)
 basdeblank@orrick.com
Siddhartha Venkatesan (S.B.N. 245008)
 svenkatesan@orrick.com
Lillian Mao (S.B.M. 267410)
 lmao@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
100 Marsh Road
Menlo Park, California 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

Attorneys for Plaintiff
Robert Bosch Healthcare Systems, Inc.

17

18 **UNITED STATES DISTRICT COURT**

19 **NORTHERN DISTRICT OF CALIFORNIA**

   **SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| 20 ROBERT BOSCH HEALTHCARE SYSTEMS, INC., | ) ) | CASE NO. 3:14-cv-01575-EMC |
| 21 | ) ) | JOINT STIPULATION TO CONTINUE |
| 22 Plaintiff, | ) ) | HEARING DATE FOR CASE MANAGEMENT CONFERENCE |
| 23 v. | ) ) | |
| 24 CARDIOCOM LLC, | ) ) | |
| 25 Defendant. | ) ) | |

26

27

28

JOINT STIPULATION TO CONTINUE HEARING DATE FOR                CASE NO. 3:14-cv-01575-EMC
CASE MANAGEMENT CONFERENCE

1    Pursuant to Civil Local Rules 7-12, Plaintiff Robert Bosch Healthcare Systems, Inc. and

2 Defendant Cardiocom, LLC ("Cardiocom") hereby submit this Joint Stipulation Requesting

3 Continuance of the Case Management Conference on June 4, 2015. *See* Docket No 153. The parties

4 request that the Case Management Conference be continued to July 2, 2015.

5    This stipulation to continue the Case Management Conference date is requested to

6 accommodate a scheduling conflict that Cardiocom's lead counsel has on June 4, 2015.

7 Cardiocom's lead counsel, Daniel McDonald of the Merchant & Gould firm, has indicated that he

8 will be attending a hearing related to a motion for preliminary injunction in Minnesota on that date.

9    The requested continuance shall not otherwise affect scheduling issues for the case.

10    IT IS SO STIPULATED, through counsel of record:

11

12

13 DATED: May 26, 2015               /s/ Bas De Blank
                                     Counsel for Plaintiff Robert Bosch Healthcare
                                     Systems, Inc.
14

15 DATED: May 26, 2015               /s/ Timothy G. Majors
                                     Counsel for Defendant Cardiocom, LLC

16

17

18

19    **PURSUANT TO STIPULATION, IT IS SO ORDRED** that the Case Management

20 Conference is continued to July 2, 2015.

21

22 Dated:  May 27 , 2015          _____
                                     UNITED STATES DISTRICT JUDGE
23                                   EDWARD M. CHEN

24

25                                   IT IS SO ORDERED
                                     Judge Edward M. Chen
26

27

28

JOINT STIPULATION TO CONTINUE HEARING DATE FOR          2          CASE NO. 3:14-cv-01575-EMC
CASE MANAGEMENT CONFERENCE

**ATTESTATION OF CONCURRENCE IN FILING**

I Timothy G. Majors, am the ECF User whose identification and password are being used to file this Joint Stipulation.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Bas De Blank of Orrick, Herrington & Sutcliffe LLP has concurred in this filing.

DATED: May 26, 2015                          /s/ Timothy G. Majors

JOINT STIPULATION TO CONTINUE HEARING                          CASE No. 3:14-cv-01575-EMC
DATE FOR SCHEDULING CONFERENCE

1

**CERTIFICATE OF SERVICE**

2          I hereby certify that on May 26, 2015, a copy of the foregoing document is being

3   electronically filed with the Clerk of the United States District Court for the Northern District of

4   California by using the CM/ECF system, which will send notice of such filing to all counsel of

5   record.

6

7                                                          */s/Timothy G. Majors*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3