| | |
|---|---|
| ADAM R. ALPER (S.B.N. 196834)<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, California 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br>aalper@kirkland.com<br><br>TIMOTHY G. MAJORS (S.B.N. 228275)<br>KIRKLAND & ELLIS LLP<br>333 South Hope Street<br>Los Angeles, California 90071<br>Telephone: (213) 680-8400<br>Facsimile: (213) 680-8500<br>tim.majors@kirkland.com<br><br>DANIEL W. MCDONALD (*Pro Hac Vice*)<br>dmcdonald@merchantgould.com<br>WILLIAM D. SCHULTZ (*Pro Hac Vice*)<br>wschultz@merchantgould.com<br>ERIC CHAD (*Pro Hac Vice*)<br>echad@merchantgould.com<br>MERCHANT & GOULD P.C.<br>3200 IDS Center<br>80 South Eighth Street<br>Minneapolis, Minnesota 55402-2215<br>Telephone: (612) 332-5300<br>Facsimile: (612) 332-9081<br><br>Attorneys for Defendant CARDIOCOM, LLC | BAS DE BLANK (S.B.N. 191487)<br>basdeblank@orrick.com<br>SIDDHARTHA VENKATESAN (S.B.N. 245008)<br>svenkatesan@orrick.com<br>LILLIAN MAO (S.B.N. 267410)<br>lmao@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>100 Marsh Road<br>Menlo Park, California 94025<br>Telephone: (650) 614-7400<br>Facsimile: (650) 614-7401<br><br>Attorneys for Plaintiff<br>ROBERT BOSCH HEALTHCARE SYSTEMS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT BOSCH HEALTHCARE SYSTEMS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CARDIOCOM, LLC,<br><br>　　　　Defendant. | Case No. 3:14-cv-01575-EMC<br><br>**JOINT SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND [P~~ROP~~OSED] ORDER**<br><br>Date:　　　July 2, 2015<br>Time:　　　9:30 A.M.<br>Dept:　　　5<br>Judge:　　Edward M. Chen |

Pursuant the Court's May 27, 2015 Minute Order (Dkt. No. 157), Plaintiff Robert Bosch Healthcare Systems, Inc. ("Bosch") and Defendant Cardiocom, LLC ("Cardiocom") hereby supplement their previous joint case management statements (Dkt. Nos. 140, 150, 152) with the current status of the post-grant review proceedings relevant to the Patents-in-Suit:

| IPR / Reexam Case No. | Patent No. | Claims Challenged | Status |
|---|---|---|---|
| IPR2013-00468 & IPR2013-00469 (merged) | 7,516,192 | 1-37 (all claims) | Final decision issued Jan. 27, 2015. All challenged claims cancelled. Bosch filed Notice of Appeal on Mar. 18, 2015. Appeal pending (consolidated appeal No. 15-1601). |
| 90/013,269 | 7,516,192 | 1-10, 13-19, 37 | Office Action rejecting all claims mailed May 19, 2015. Last day to file Notice of Appeal is July 3, 2015. |
| IPR2013-00449 | 7,840,420 | 1-5 (all claims) | Final decision issued Jan. 15, 2015. All challenged claims cancelled. Bosch filed Notice of Appeal on Mar. 18, 2015. Appeal pending (consolidated appeal No. 15-1601). |
| 90/013,270 | 7,840,420 | 1-5 (all claims) | All claims confirmed on June 5, 2015. Awaiting issuance of certificate of reexamination. |
| IPR2013-00431 | 7,921,186 | 1-16 (all claims) | Final decision issued Jan. 15, 2015. All challenged claims cancelled. Bosch filed Notice of Appeal on Mar. 18, 2015. Appeal pending (consolidated appeal No. 15-1601). |
| 90/013,263 | 7,921,186 | 1-8 | Final Office Action rejecting all claims mailed April 15, 2015. After-final Response filed on June 15, 2015. |
| IPR2013-00451 | 7,587,469 | 1, 2, 5-10 | Final decision issued Jan. 15, 2015. All challenged claims cancelled. Bosch filed Notice of Appeal on Mar. 18, 2015. Appeal pending (consolidated appeal No. 15-1601). |
| 90/013,175 | 7,587,469 | 1-22 (all claims) | Final Office Action mailed May 27, 2015 rejecting all claims. After final response due July 27, 2015. |
| IPR2014-00488 | 7,769,605 | 1-9 (all claims) | IPR Instituted on all claims Sept. 2014. Terminated on Bosch's Motion to Terminate for Petitioner's Failure to Name all Real Parties in Interest on March 16, 2015. Request for Rehearing denied May 22, 2015. |
| 90/013,167 | 7,769,605 | 1-9 (all claims) | All claims confirmed on June 2, 2015. Awaiting issuance of certificate of reexamination. |

OHSUSA:759412350.1

| IPR / Reexam Case No. | Patent No. | Claims Challenged | Status |
|---|---|---|---|
| 90/013,484 | 7,769,605 | 1-9 (all claims) | Reexamination ordered on all claims June 9, 2015, pending first office action. |
| 90/013,527 | 7,769,605 | 1-9 (all claims) | Petition filed June 12, 2015, pending institution decision. |
| IPR2014-00607 (merged with 2014-00691) | 7,870,249 | 1, 2, 6-8, 11-13 | Terminated on Bosch's Motion to Terminate for Petitioner's Failure to Name all Real Parties in Interest on March 16, 2015.  Request for Rehearing denied May 22, 2015. |
| IPR2014-00691 | 7,870,249 | 3-5, 9, 10, 14-29 | Terminated on Bosch's Motion to Terminate for Petitioner's Failure to Name all Real Parties in Interest on March 16, 2015.  Request for Rehearing denied May 22, 2015. |
| 90/013,262 | 7,870,249 | 14-18, 20-21, 23-26 | Reexamination certificate confirming claims 14-18, 20-21 and cancelling claims 23-26, issued May 22, 2015. |
| 90/013,493 | 7,870,249 | 1, 2, 6-8, 10-13 | Reexamination ordered for claims 1, 2, 6-8, and 10-13 June 3, 2015, pending first office action. |

In light of the Final Decisions issued by the Board and Bosch's pending appeal of those Decisions the parties do not believe the Case Management Conference, scheduled for July 2, 2015, will be necessary at this time and Bosch will not seek to lift the stay in place in this litigation until the conclusion of Bosch's pending appeals.  Therefore, the parties respectfully request that the Court take the Case Management Conference off the calendar and allow the parties to file another supplemental status report with the Court within the earlier of a) six months or b) fourteen (14) days following the decision by the Federal Circuit on Bosch's pending appeals.

| | |
|---|---|
| 1  Dated: June 25, 2015 | Respectfully submitted, |
| 2 | |
| 3 | By: */s/ Siddhartha M. Venkatesan* |
|   | Siddhartha M. Venkatesan, Bar No. 245008 |
|   | svenkatesan@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 1000 Marsh Road |
| 5 | Menlo Park, California  94025 |
|   | Telephone: (650) 614-7400 |
| 6 | Facsimile:(650) 614-7401 |

7

8  Attorneys for Plaintiff
ROBERT BOSCH HEALTHCARE SYSTEMS, INC.

9  Dated: June 25, 2015

10  By: */s/ William D. Schultz* w/ permission Sid Venkatesan
William D. Schultz
11  wschultz@merchantgould.com
MERCHANT & GOULD P.C.
12  3200 ids Center
80 S. Eighth Street
13  Minneapolis, MN 55402-2215
Telephone: (612) 336-4637
14  Facsimile:(612) 332-9081

15

16  Attorneys for Defendant
CARDIOCOM, LLC

17

**CASE MANAGEMENT ORDER**

18

19    The above JOINT CASE MANAGEMENT STATEMENT & PROPOSED ORDER is

20  approved as the Case Management Order for this case and all parties shall comply with its

21  provisions. [In addition, the Court makes the further orders stated below:]

22

23  IT IS SO ORDERED.  The CMC is reset for 1/14/16 at 9:30 a.m.  An updated joint cmc statement shall be filed by 1/7/16.

24  Dated: 6/29/15

25  _____
JUDGE EDWARD M. CHEN
26  UNITED STATES DISTRICT JUDGE

27

28

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

3

OHSUSA:759412350.1