BAS DE BLANK (S.B.N. 191487)
basdeblank@orrick.com
Lillian Mao (S.B.N. 267410)
lmao@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

Attorneys for Plaintiff
Robert Bosch Healthcare Systems, Inc.


Daniel W. McDonald (*Admitted Pro Hac Vice*)
dmcdonald@merchantgould.com
William D. Schultz (*Admitted Pro Hac Vice*)
wschultz@merchantgould.com
Eric Chad (*Admitted Pro Hac Vice*)
echad@merchantgould.com
MERCHANT & GOULD P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota  55402-2215
Telephone:  (612) 332-5300
Facsimile:  (612) 332-9081

Adam R. Alper
Adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile (415) 439-1500

Attorneys for Defendant CARDIOCOM LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ROBERT BOSCH HEALTHCARE SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CARDIOCOM LLC, <br><br> Defendant. | CASE NO. 3:14-cv-01575-EMC <br><br> JOINT STIPULATION TO EXTEND TIME TO REPLY REGARDING MOTION TO LIFT STAY AND CONTINUE HEARING DATE FOR MOTION AND CASE MANAGEMENT CONFERENCE |

JOINT STIPULATION TO EXTEND TIME TO REPLY REGARDING MOTION TO LIFT STAY AND CONTINUE HEARING DATE FOR MOTION AND CASE MANAGEMENT CONFERENCE

CASE NO. 3:14-cv-01575-EMC

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Robert Bosch Healthcare Systems, Inc. ("Bosch") and Defendant Cardiocom, LLC ("Cardiocom") hereby submit this Joint Stipulation to Extend Time to Reply Regarding Motion to Lift Stay and Continue Hearing Date for Motion and Case Management Conference.  The parties stipulate that Bosch's reply brief regarding its Motion to Lift Stay (Dkt. 171) may be extended from January 26, 2017 to February 2, 2017.  Bosch requests the extension so it can work with Bosch's representatives in Germany to respond to Cardiocom's opposition.

The hearings for Bosch's Motion to Lift Stay and the Case Management Conference are currently scheduled for February 23, 2017 at 1:30.  (Dkts. 171 and 173.)  The parties stipulate and request that the Court continue the Case Management Conference to March 2, 2017 in order to accommodate a conflict of Cardiocom's lead Counsel, Daniel McDonald of the Merchant & Gould firm related to a hearing scheduled in Minnesota.

The requested continuance shall not otherwise affect scheduling issues for the case.  No previous extension of Bosch's reply deadline has been requested or granted.  The parties had previously requested to move the hearing date, but did not foresee the conflict of the new date.

IT IS SO STIPULATED, through counsel of record:

DATED: January 25, 2017        /s/ Bas de Blank
                               Counsel for Plaintiff Robert Bosch Healthcare
                               Systems, Inc.

DATED: January 25, 2017        /s/ Adam Alper
                               Counsel for Defendant Cardiocom, LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that Bosch, Inc. shall have until February 2, 2017 to file its Reply regarding Bosch's Motion to Lift Stay (Dkt. 171) and the hearings for that motion and the Case Management Conference are continued to March 2, 2017.

Dated:  1/27/2017
                                                          DISTRICT JUDGE

IT IS SO ORDERED
Judge Edward M. Chen

JOINT STIPULATION TO EXTEND TIME TO REPLY                                    CASE NO. 3:14-cv-01575-EMC
REGARDING MOTION TO LIFT STAY AND CONTINUE
HEARING DATE FOR MOTION AND CASE MANAGEMENT
CONFERENCE

**DECLARATION OF WILLIAM SCHULTZ
IN SUPPORT OF JOINT STIPULATION TO EXTEND TIME TO REPLY REGARDING MOTION TO LIFT STAY AND CONTINUE HEARING DATE FOR MOTION AND CASE MANAGEMENT CONFERENCE**

1. I am an attorney for Cardiocom, LLC in this matter. The statements made herein are based on my personal knowledge and on information made available to me in the course of my duties and responsibilities for Cardiocom, LLC.

2. I corresponded with Bas de Blank, counsel for Bosch, Inc. regarding the hearing date for Bosch's Motion to Lift Stay and the Case Management Conference, both of which are currently scheduled for February 23, 2017. I requested that Bosch agree to continue the hearing date one week to March 2, 2017 based on a conflict relating to a hearing in another case scheduled in Minnesota. Bosch's counsel agreed to continue the hearing to March 2, 2017.

3. Bosch has requested a one week extension of time to file its reply regarding Bosch's Motion to Lift Stay. Bosch's reply is currently due January 26, 2017. The extension would make Bosch's brief due February 2, 2017. Cardiocom does not oppose Bosch's request.

4. The requested continuance and extension shall not otherwise affect scheduling issues for the case.

5. The parties have not previously requested an extension for Bosch to file its reply regarding Bosch's Motion to Lift Stay. The parties previously requested to move the hearing date based on other conflicts. The current request would move the hearings back one week, from February 23, 2017 to March 2, 2017.

1  I declare under penalty of perjury under the laws of the United States of America that the foregoing
2  is true and correct.  Executed on January 25, 2017 at Minneapolis, MN.
3
4
5                                                                /s/ William Schultz
                                                                 William Schultz

## ATTESTATION OF CONCURRENCE IN FILING

I Adam Alper, am the ECF User whose identification and password are being used to file this Joint Stipulation.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Bas de Blank of Orrick, Herrington & Sutcliffe LLP has concurred in this filing.

DATED: January 25, 2017                             */s/ Adam Alper*

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO LIFT STAY AND CONTINUE HEARING DATE FOR MOTION AND CASE MANAGEMENT CONFERENCE

Case No. 3:14-cv-01575-EMC

**CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2017, a copy of the foregoing document is being electronically filed with the Clerk of the United States District Court for the Northern District of California by using the CM/ECF system, which will send notice of such filing to all counsel of record.

                              */s/Adam Alper*