CHRIS R. OTTENWELLER (State Bar No. 73649)
cottenweller@orrick.com
BAS DE BLANK (State Bar No. 191487)
basdeblank@orrick.com
LILLIAN MAO (State Bar No. 267410)
lmao@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

Attorneys for Plaintiff
ROBERT BOSCH HEALTHCARE SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT BOSCH HEALTHCARE SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CARDIOCOM, LLC and ABBOTT DIABETES CARE, INC., <br><br> Defendants. | Case No. 14-CV-01575 EMC <br><br> **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** <br><br> Judge: Hon. Edward M. Chen |

IT IS HEREBY STIPULATED AND AGREED, by and between Robert Bosch Healthcare Systems, Inc., and Cardiocom (now Known as Medtronic Care Management Services, LLC), LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that all claims, counterclaims, and causes of action in the above-captioned case be, and hereby are, dismissed WITH PREJUDICE and without reimbursement of expenses (including attorneys' fees and costs).

**IT SO STIPULATED.**

Dated: May 5, 2017                    ORRICK, HERRINGTON & SUTCLIFFE LLP


By: */s/ Bas de Blank*
    BAS DE BLANK

Attorneys for Plaintiff and Counter-Defendant
ROBERT BOSCH HEALTHCARE
SYSTEMS, INC.

Dated: May 5, 2017

By: */s/ Daniel W. McDonald*
    Daniel W. McDonald
    dmcdonald@merchantgould.com
    MERCHANT & GOULD P.C.
    3200 IDS Center
    80 S. Eighth Street
    Minneapolis, MN 55402-2215
    Telephone: (612) 336-4637
    Facsimile:(612) 332-9081

Attorneys for Defendant
CARDIOCOM, LLC

**FILER'S ATTESTATION**

I, Bas de Blank, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that counsel whose e-signature appears on the foregoing pages have concurred with this filing.

/s/ *Bas de Blank*
Bas de Blank

**SO ORDERED.**

Dated:

JUDGE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

OHSUSA:766771475