1    CHRIS R. OTTENWELLER (State Bar No. 73649)
     cottenweller@orrick.com
2    BAS DE BLANK (State Bar No. 191487)
     basdeblank@orrick.com
3    LILLIAN MAO (State Bar No. 267410)
     lmao@orrick.com
4    ORRICK, HERRINGTON & SUTCLIFFE LLP
     1000 Marsh Road
5    Menlo Park, California 94025
     Telephone: (650) 614-7400
6    Facsimile: (650) 614-7401

Attorneys for Plaintiff
ROBERT BOSCH HEALTHCARE SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT BOSCH HEALTHCARE SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CARDIOCOM, LLC and ABBOTT DIABETES CARE, INC., <br><br> Defendants. | Case No. 14-CV-01575 EMC <br><br> **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** <br><br> Judge: Hon. Edward M. Chen |

STIPULATION AND [PROPOSED] ORDER
OF DISMISSAL WITH PREJUDICE
CASE NO. 14-CV-01575 EMC

IT IS HEREBY STIPULATED AND AGREED, by and between Robert Bosch Healthcare Systems, Inc., and Cardiocom (now Known as Medtronic Care Management Services, LLC), LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that all claims, counterclaims, and causes of action in the above-captioned case be, and hereby are, dismissed WITH PREJUDICE and without reimbursement of expenses (including attorneys' fees and costs).

**IT SO STIPULATED.**

Dated: May 5, 2017

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Bas de Blank*
BAS DE BLANK

Attorneys for Plaintiff and Counter-Defendant
ROBERT BOSCH HEALTHCARE SYSTEMS, INC.

Dated: May 5, 2017

By: */s/ Daniel W. McDonald*
Daniel W. McDonald
dmcdonald@merchantgould.com
MERCHANT & GOULD P.C.
3200 IDS Center
80 S. Eighth Street
Minneapolis, MN 55402-2215
Telephone: (612) 336-4637
Facsimile:(612) 332-9081

Attorneys for Defendant
CARDIOCOM, LLC

**FILER'S ATTESTATION**

I, Bas de Blank, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that counsel whose e-signature appears on the foregoing pages have concurred with this filing.

/s/ *Bas de Blank*
Bas de Blank

**SO ORDERED.**

Dated: 5/8/2017



UNITED STATES DISTRICT JUDGE

OHSUSA:766771475

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
CASE NO. 14-CV-01575 EMC

2